ROBERT W. FREEMAN
Nevada Bar No. 3062
GREGORY S. BEAN
Nevada Bar No. 12694
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
Fax: 702.893.3789
Attorneys for Defendants
North Las Vegas Police Department,
City of North Las Vegas, Chief Joseph Chronister

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE WORMWOOD,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT a political subdivision of the STATE OF NEVADA; CITY OF NORTH LAS VEGAS, FORMER CHIEF OF NORTH LAS VEGAS POLICE DEPARTMENT JOSEPH CHRONISTER (in his individual capacity and official capacity as Chief of North Las Vegas Police Department); DETECTIVE DAVE MOLNAR (individually and in his capacity as a police officer employed by the City of North Las Vegas Police Department); DEPUTY DISTRICT ATTORNEY JAMES R. SWEETEN (in his individual capacity); SENIOR INVESTIGATOR CARRIE MEADS (in her individual capacity): DOE OFFICERS 1 through 10 (in their individual and official capacities), inclusive, and JOHN DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-1438-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR THE PARTIES TO FILE OPPOSITIONS TO MOTION TO DISMISS**<br><br>(First Request) |

COMES NOW, Plaintiff and Defendant, by and through their counsel of record, and pursuant to Local Rule 6-1, the parties hereby stipulate, agree, and make joint application to extend the time within which the plaintiff may file his opposition to the pending motion to dismiss [13]. Pursuant to Local Rule 7-2(b), the oppositions are currently due on September 25, 2015.

4813-1054-6473.1

This extension is based on the following:

Because of the complexity of the Plaintiff's claims and the issues raised by the Defendants in their Motion to Dismiss, Plaintiff's Counsel needs additional time to prepare the response to defendants motion to dismiss[30].

This extension is made in good faith and not for purposes of delay.

Based upon the foregoing, the parties request that this Court order the time for the parties to file their oppositions to the respective motions for summary judgment be extended fourteen days, pursuant to which said oppositions shall be filed on or before October 9, 2015.

DATED this 25 day of September, 2015.        DATED this 25 day of September, 2015.

LEWIS BRISBOIS BISGAARD SMITH LLP            JUSTICE FORCE LAW GROUP

Robert W. Freeman, Esq.                      Zarinah J. Muhammad, Esq.
Nevada Bar No. 3062                          Nevada Bar No. 12830
6385 S. Rainbow Blvd., #600                  6278 Ruby Kinglet
Las Vegas, Nevada 89118                      Las Vegas, Nevada 89148
Attorneys for Defendant                      Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

DATED this 25th day of September, 2015.

Gloria M. Navarro, Chief Judge
United States District Court

4813-1054-6473.1

2