STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **MATTHEW CHRISTIAN**
Deputy District Attorney
State Bar No. 008024
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada  89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail:  Matthew.Christian@ClarkCountyDA.com

*Attorneys for Defendant JAMES R. SWEETIN*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDDIE WORMWOOD,<br><br>            Plaintiff,<br><br>     vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF NORTH LAS VEGAS; FORMER CHIEF OF NORTH LAS VEGAS POLICE DEPARTMENT JOSEPH CHRONISTER (in his individual capacity and official capacity as Chief of North Las Vegas Police Department); DETECTIVE DAVE MOLNAR (individually and in his capacity as a police officer employed by the City of North Las Vegas Police Department); DEPUTY DISTRICT ATTORNEY JAMES R. SWEETEN (in his individual capacity); SENIOR INVESTIGATOR CARRIE MEADS (in her individual capacity); DOE OFFICERS 1 through 10 (in their individual and official capacities), inclusive, and JOHN DOES 1-10, inclusive,<br><br>            Defendants. | Case No: 2:15-cv-01438-GMN-GWF<br><br>**JOINT STIPULATION TO STAY LITIGATION PENDING DISPOSITION OF MOTIONS TO DISMISS** |

. . .

. . .

# JOINT STIPULATION TO STAY LITIGATION PENDING DISPOSITION OF MOTIONS TO DISMISS

Defendant, Chief Deputy District Attorney James R. Sweetin ("Sweetin"), Defendants North Las Vegas Police Department, City of North Las Vegas, and Chief Joseph Chronister (collectively, "North Las Vegas"), and Plaintiff, Eddie Wormwood ("Plaintiff"), by and through their undersigned counsel of record, hereby STIPULATE and AGREE AS FOLLOWS:

This is a civil rights action wherein Plaintiff alleges, *inter alia*, wrongful arrest and malicious prosecution. Defendants Sweetin and North Las Vegas have moved to dismiss the Complaint [Doc. ## 13, 18]. These motions are fully briefed [Doc. ## 25, 26, 27, 28]. Defendants Dave Molnar and Carrie Meads have not yet appeared.

Pursuant to FRCP 26(f) and LR 26-1(d), the parties should presently conduct a discovery scheduling conference. However, based on the nature of the case, and given the pendency of dispositive motions and the fact that two defendants have not yet appeared, Sweetin, North Las Vegas, and Plaintiff agree that a stay of discovery is warranted until the motions are heard.

This request is not made for the purposes of delay, but to avoid having to engage in costly discovery in a matter that may ultimately be dismissed, even in part, by the Court. The purpose of Federal Rule of Civil Procedure 12(b)(6) is to enable defendants to challenge the legal sufficiency of a complaint without subjecting themselves to discovery, and the motions to dismiss present good faith arguments that could result in relief, at least in part. *Ministerio Roca Solida v. U.S. Dep't of Fish and Wildlife*, 288 F.R.D. 500 (D. Nev. 2013).

DATED this 26th day of October, 2015.

| | |
|---|---|
| STEVEN B. WOLFSON<br>DISTRICT ATTORNEY | JUSTICE FORCE LAW GROUP LLC |
| By: /s/ Matthew J. Christian<br>Matthew J. Christian<br>500 South Grand Central Pkwy.<br>Las Vegas, Nevada 89155-2215 | By: /s/ Zarinah Muhammad<br>Zarinah Muhammad<br>6278 Ruby Kinglet<br>Las Vegas, NV 89148 |
| *Attorney for Defendant James R. Sweetin* | *Attorney for Plaintiff* |

2 of 3

|   |   |
|---|---|
| 1 | LEWIS BRISBOIS |
| 2 | BISGAARD & SMITH |
| 3 | By: /s/ Robert W. Freeman |
|   | Robert W. Freeman, Esq. |
| 4 | 6385 S. Rainbow Blvd., Ste. 600 |
|   | Las Vegas, NV  89118 |
| 5 |   |
| 6 | *Attorneys for North Las Vegas Police Department, City of North Las Vegas, Chief Joseph Chronister* |

### ORDER

Pursuant to the STIPULATION of the parties, IT IS HEREBY ORDERED that all discovery in this matter is STAYED until the disposition of the pending motions to dismiss.

_____
United States Magistrate Judge

Date: November 3, 2015