UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE WORMWOOD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:15-cv-01438-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendants North Las Vegas Police Department, City of North Las Vegas, Chief Joseph Chronister and Detective Dave Molnar's Motion to Remove Attorney from Electronic Service List (ECF No. 46), filed on August 15, 2016.

Counsel for Defendants represent that Gregory Bean, Esq. is no longer associated with Lewis Brisbois Bisgaard & Smith, LLP, and therefore request that Gregory Bean, Esq. be removed from the electronic service list. Counsel also indicates that the attorney of record for Defendants will continue to represent Defendants. The Court finds that counsel has provided good cause to justify granting Gregory Bean, Esq.'s withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Remove Attorney from Electronic Service List (ECF No. 46) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Gregory Bean, Esq. from the CM/ECF service list in this case.

DATED this 16th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge