| | |
|---|---|
| 1 | ADAM PAUL LAXALT |
|   |    Attorney General |
| 2 | JENNIFER K. HOSTETLER (Bar. No. 11994) |
|   |    Chief Deputy Attorney General |
| 3 | Office of the Attorney General |
| 4 | 555 E. Washington Ave. #3900 |
|   | Las Vegas, Nevada 89101 |
| 5 | (702) 486-3267 (phone) |
|   | (702) 486-3773 (fax) |
| 6 | jhostetler@ag.nv.gov |
| 7 | Attorneys for Defendant |
|   | Senior Investigator Carrie Meads |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 10 | EDDIE WORMWOOD, | Case No. 2:15-cv-01438-JAD-GWF |
| 11 |             Plaintiff, | |
| 12 | vs. | |
| 13 | NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; CITY OF NORTH LAS VEGAS; FORMER CHIEF OF NORTH LAS VEGAS POLICE DEPARTMENT JOSEPH CHRONISTER (in his individual capacity and official capacity as Chief of North Las Vegas Police Department); DETECTIVE DAVE MOLNAR (individually and in his capacity as a police officer employed by the City of North Las Vegas Police Department); DEPUTY DISTRICT ATTORNEY JAMES R. SWEETEN (in his individual capacity); SENIOR INVESTIGATOR CARRIE MEADS (in her individual capacity); DISTRICT ATTORNEY STEVEN B. WOLFSON (in his individual and official capacity), CHIEF DEPUTY DISTRICT ATTORNEY PETER THUNELL (in his individual and official capacity), DEPUTY DISTRICT ATTORNEY MICHELLE FLECK (in her individual and official capacity, CLARK COUNTY, NEVADA; THE CLARK COUNTY DISTRICT ATTORNEY'S OFFICE, DOE OFFICERS, CLARK COUNTY, NEVADA, 1 through 10 (in their individual and official capacities), inclusive and, JOHN DOES 1-10, inclusive. | |
| 27 |             Defendants. | |

Page 1 of 4

## JOINT STIPULATION TO STAY DISCOVERY PENDING DISPOSITION OF DEFENDANTS' MOTIONS TO DISMISS

### (SECOND REQUEST)

Pursuant to LR IA 6-1 and LR 7-1, Defendants North Las Vegas Police Department, City of North Las Vegas, Joseph Chronister, Dave Molnar (collectively, the "North Las Vegas Defendants"), Steven B. Wolfson, Peter Thunell, Clark County, Nevada, the Clark County District Attorney's Office (collectively, the "Clark County Defendants"), James R. Sweetin, and Carrie Meads, along with Plaintiff Eddie Wormwood, by and through undersigned counsel of record, hereby stipulate and agree as follows:

On July 28, 2015, Plaintiff filed his Complaint under 42 U.S.C. § 1983. (ECF No. 3). The North Las Vegas Police Department, the City of North Las Vegas, and Joseph Chronister filed a Motion to Dismiss (ECF No. 13) on September 8, 2015. On September 30, 2015, James R. Sweetin filed a Joinder to the Motion to Dismiss (ECF No. 18). On November 2, 2015, Dave Molnar filed a Joinder to the Motion to Dismiss (ECF No. 31). On December 21, 2015, Carrie Meads filed a Joinder to the Motion to Dismiss (ECF No. 37).

On October 26, 2015, Plaintiff and the defendants who had appeared at the time filed a Joint Stipulation to stay all discovery until disposition of the pending Motion to Dismiss and joinder. (ECF No. 30). The Court entered an order staying discovery on November 3, 2015. (ECF No. 33).

On July 26, 2016, the Court issued its Order granting the Motion to Dismiss and joinders to the same, finding that Plaintiff's claims were barred by the applicable two year statute of limitations. (ECF No. 41). Plaintiff, however, was given leave to amend his Complaint. (*Id.*)

On August 9, 2016, Plaintiff filed his First Amended Complaint (FAC) alleging four causes of action: (1) violations of 42 U.S.C. § 1983 and Nevada state law for malicious prosecution; (2) intentional infliction of emotional distress; (3) abuse of process; and (4) conspiracy and naming the Clark County Defendants as new parties. (ECF No. 42). The North Las Vegas Defendants filed their Motion to Dismiss the FAC on August 22, 2016. (ECF No. 50). James R. Sweetin filed his Motion to Dismiss the FAC on August 23, 2016. (ECF No. 51). Meads filed her Motion to Dismiss the FAC on August 26, 2016. (ECF No. 52). The Clark County Defendants filed their Motion to Dismiss the FAC on October 7, 2016. (ECF No. 60). The Clark County Defendants' Motion to Dismiss is currently

being briefed.  All other motions to dismiss are fully briefed.  Defendant Michelle Fleck has not yet appeared.

Given the nature of the case and the arguments raised in the various motions to dismiss the FAC (*e.g.* that Plaintiff's claims remain barred by the applicable statute of limitations, that Plaintiff has failed to state a claim for relief, and that each defendant is shielded from Plaintiff's claims by immunity) and the fact that one defendant has not yet appeared, the parties agree to stay all discovery, including the Fed. R. Civ. P. 26(f) conference until the Court rules on the pending motions to dismiss.

This Stipulation is submitted in good faith and not for the purpose of causing delay.  The claims or issues subject to discovery in this case are dependent upon the Court's ruling on the various motions to dismiss.  All or part of the claims alleged against Defendants in the FAC may be dismissed once the Court rules on the pending motions, and the parties agree that a stay will prevent the parties from engaging in costly and time-consuming discovery on claims that may ultimately be dismissed.

This is the second stipulation seeking a stay of discovery in this matter and the first stipulation joined by Dave Molnar, Carrie Meads, and the Clark County Defendants.

IT IS SO STIPULATED, this 24th day of October, 2016.

| | |
|---|---|
| ADAM PAUL LAXALT<br>Attorney General | JUSTICE FORCE LAW GROUP LLC |
| By:    /s/ Jennifer K. Hostetler<br>    JENNIFER K. HOSTETLER (Bar No. 11994)<br>    Chief Deputy Attorney General<br>    555 E. Washington Ave., Ste. 3900<br>    Las Vegas NV  89101-1068<br>    *Attorneys for Defendant*<br>    *Senior Investigator Carrie Meads* | By:    /s/ Zarinah Muhammad<br>    ZARINAH MUHAMMAD<br>    Nevada Bar No. 12830<br>    6278 Ruby Kinglet<br>    Las Vegas, NV 89148<br>    *Attorneys for Plaintiff Eddie Wormwood* |

/ / /

/ / /

/ / /

| | |
|---|---|
| LEWIS BRISOIS BISGAARD & SMITH LLP | STEVEN B. WOLFSON<br>District Attorney |
| By: /s/ Robert W. Freeman, Jr.<br>ROBERT W. FREEMAN, JR.<br>Nevada Bar No. 3062<br>6385 S. Rainbow Boulevard, Ste. 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendants North Las Vegas Police Department, City of North Las Vegas, Chief Joseph Chronister and Detective Dave Molnar* | By: /s/ Robert J. Gower<br>ROBERT J. GOWER<br>Deputy District Attorney<br>Nevada Bar No. 1868<br>500 S. Grand Central Pkwy.<br>P.O. Box 552215<br>Las Vegas NV  89155-2215<br>*Attorneys for Defendants Clark County, Nevada, Clark County District Attorney's Office, Clark County District Attorney Steven B. Wolfson, Clark County Chief Deputy District Attorney Peter Thunell, and Deputy District Attorney James Sweetin* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/26/2016